**Sarojini DARAM, Plaintiff–Appellant,**

v.

**Jeffrey J. PTAK, M.D., P.C., Defendant–Appellee.**

**No. 12–2887.**

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 20, 2013.

Filed: March 7, 2013.

Sarojini Daram, Minneapolis, MN, pro se.

John Michael Degnan, Jessica Jean Stomski, Briggs & Morgan, Minneapolis, MN, Peter G. Kline, Crawford & Kline, Tempe, AZ, for Defendant–Appellee.

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

PER CURIAM.

Sarojini Daram appeals the district court's[1] dismissal of her complaint as sub-

---

ject to claim preclusion under Arizona law. Upon our careful review, *see C.H. Robinson Worldwide, Inc. v. Lobrano*, 695 F.3d 758, 763 (8th Cir.2012) (de novo review of grant of motion to dismiss based on res judicata); *David v. Tanksley*, 218 F.3d 928, 930 (8th Cir.2000) (de novo review of district court's interpretation of state law), we affirm for the reasons provided by the district court. *See* 8th Cir. R. 47B.

---

[1]. The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota, adopting the report and recommenda-

tions of the Honorable Steven E. Rau, United States Magistrate Judge for the District of Minnesota.